# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Griffin, | Case No. 2:24-cv-01209-CDS-EJY |
| Plaintiff | **Order** |
| v. | |
| Las Vegas Metropolitan Police Department, | |
| Defendant | |

In this removed case, plaintiff Laura Griffin, counseled, brings a civil-rights action for events that took place while she was in the custody of the Las Vegas Metropolitan Police Department. ECF No. 1-1. Griffin is not incarcerated and defendant, during removal, paid the $405 filing fee for a civil action. ECF No. 1. As such, this case will proceed onto the normal litigation track and will not be screened. *See generally* 28 U.S.C. § 1915A (the plaintiff is no longer a prisoner within the meaning of the Prison Litigation Reform Act); *see Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1282 (9th Cir. 2017) (holding that "28 U.S.C. § 1915A applies only to claims brought by individuals incarcerated at the time they file their complaints"); *see Lopez v. Smith*, 203 F.3d 1122, 1126, 1129 (9th Cir. 2000) (recognizing that screening under 28 U.S.C. § 1915(e) applies to actions filed *in forma pauperis* whether or not the plaintiff is incarcerated).

For the foregoing reasons, I order that this case is not subject to screening and will proceed onto the normal litigation track pursuant to the Federal Rules of Civil Procedure.

Dated: July 31, 2024

_____
Cristina D. Silva
United States District Judge