UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURA GRIFFIN, an individual, | Case No. 2:24-cv-01209-CDS-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a governmental entity, and DOE LVMPD OFFICERS 1-10, in their individual capacity, | |
| Defendants. | |

Pending before the Court is Plaintiff's First Amended Complaint and Motion for Leave to File Amended Complaint (ECF Nos. 15, 16), which were filed on October 8, 2024. No timely response to the Motion was filed. No request for an extension of time was received from Defendants. Under Local Rule 7-2(d) the Court may treat the failure to oppose a motion as consent by the non-moving party to grant the motion.

Accordingly, and in the absence of opposition by Defendants, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint (ECF No. 15) will serve as the operative complaint in this matter.

IT IS FURTHER ORDERED that Defendant's responsive pleading is due no later than **November 6, 2024**.

Dated this 23rd day of October, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE