LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA GRIFFIN, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity, and DOE LVMPD OFFICERS 1-10, in their individual capacity,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01209-CDS-EJY<br><br>**STIPULATION TO STAY DISCOVERY**<br>**(1st Request)**<br>**[ECF No. 18]** |

Laura Griffin ("Plaintiff"), through her attorneys The American Civil Liberties Union of Nevada and Spencer Fane, and Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Kaempfer Crowell, hereby stipulate as follows:

1) On September 25, 2024, the initial Scheduling Order was entered in this matter. [ECF No. 14]. On October 16, 2024, an Order granting a Stipulation to Extend Discovery Deadlines (1st Request) was entered. [ECF No. 18]. The extension was requested because the parties have been actively engaged in discussions attempting to resolve this matter. [*Id.*].

2) Since discovery commenced in this matter, the parties have only exchanged Rule 26

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3856307_1.docx 6943.311

Page 1 of 3

1  disclosures in an effort to minimize attorney's fees and costs in the hopes of resolution.

2        3) The parties have reached a tentative resolution of this matter and are working to
3  finalize it. In light of the likely resolution of this matter, the parties jointly request a stay of all
4  unexpired discovery deadlines in this matter. A district court has discretionary power to stay
5  proceedings in its own court. *Landis v. N. Am. Co.,* 299 U.S. 248, 254-55, 57 S. Ct. 163, 81 L.Ed.
6  153 (1936). A trial court may, with propriety, find it is efficient for its own docket and the
7  fairest course for the parties to enter a stay of an action before, pending resolution of independent
8  proceedings which upon the case. *Leyva v. Certified Grocers of Cal., Ltd.,* 593 F.2d 857, 863 (9th
9  Cir. 1979). "When considering a motion to stay, the district court should consider three factors:
10  (1) potential prejudice to the non-moving party; (2) hardship and inequity to the moving party if
11  the action is not stayed; and (3) the judicial resources that would be saved by avoiding
12  duplicative litigation if the cases are in fact consolidated." *Pate v. Depuy Orthopaedics, Inc.,* No.
13  2:12-cv-01168-MMD-CWH, 2012 U.S. Dist. LEXIS 114333 (quoting, *Rivers v. Walt Disney*
14  *Co.,* 980 F. Supp. 1358, 1360 (C.D. Cal. 1997). As such, the parties make this request to
15  eliminate the need to expend fees and costs at this time and to avoid wasting judicial resources.
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3856307_1.docx  6943.311

Page 2 of 3

4) In the unlikely event the parties do not finalize a settlement, the parties will promptly submit a new Discovery Plan and Scheduling Order allowing discovery to resume for ninety (90) days.

DATED this 31st day of October, 2024.      DATED this 1st day of November, 2024.

 /s/ Athar Haseelbullah      /s/ Lyssa S. Anderson

Ayesha Mehdi
SPENCER FANE
300 S. Fourth Street
Suite 950
Las Vegas, NV 89101

Athar Haseelbullah
AMERICAN CIVIL LIBERTIES UNION OF NEVADA
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
*Attorneys for Plaintiff*

LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

## ORDER

IT IS SO ORDERED.

Dated this 1st day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3856307_1.docx  6943.311

Page 3 of 3