LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax:           (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAURA GRIFFIN, an individual, | Case No.: 2:24-cv-01209-CDS-EJY |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a government entity, and DOE LVMPD OFFICERS 1-10, in their individual capacity, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Laura Griffin ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("LVMPD"), through their respective counsel, that pursuant to a settlement between the parties, all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney fees and costs. Upon the Court granting this Stipulation, all pending Motions become moot and the Clerk of

///

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3931586_1.docx  6943.311

Page 1 of 2

Court shall close the case.

DATED this 19th day of February, 2025.

| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | KAEMPFER CROWELL |
|---|---|
| /s/ Athar Haseebullah | /s/ Lyssa S. Anderson |
| ATHAR HASEEBULLAH (Bar 13646)<br>4362 W. Cheyenne Ave.<br>North Las Vegas, Nevada 89032<br>-and-<br>AYESHA MEHDI (Bar 13917)<br>SPENCER FANE<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101 | LYSSA S. ANDERSON (Bar 5781)<br>RYAN W. DANIELS (Bar 13094)<br>KRISTOPHER J. KALKOWSKI (Bar 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>**Attorneys for Defendant Las Vegas Metropolitan Police Department** |

**Attorneys for Plaintiff Laura Griffin**

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: February 20, 2025

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3931586_1.docx  6943.311

Page 2 of 2